IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SCHWERIN, II,

    Petitioner,                    No. CIV S-02-0096 MCE GGH P

    vs.

MICHAEL KNOWLES, et al.,

    Respondent.                 ORDER

_____/

        On July 20, 2005, petitioner himself filed a motion for extension of time to file objections to the findings and recommendations. Because petitioner is represented by counsel, he may only communicate with the court through his counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 20, 2005, motion for an extension of time is disregarded;

        2. The Clerk of the Court is directed to serve this order on petitioner: Robert Schwerin, P-30009, Mule Creek State Prison, P.O. Box 409040, Ione, California, 95640-9040.

DATED: 7/27/05

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
schw0096.111