IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SCHWERIN, II,

    Petitioner,     No. CIV S-02-0096 MCE GGH P

    vs.

MICHAEL KNOWLES, et al.,

    Respondents.     <u>ORDER</u>

_____/

    The court has concurrently issued an order granting petitioner's request to represent himself. Because petitioner has indicated a desire to file objections to the findings and recommendations filed July 5, 2005, the court will grant petitioner thirty days from the date of this order to file objections.

    Accordingly, IT IS HEREBY ORDERED that petitioner is granted thirty days from the date of this order to file objections to the July 5, 2005, findings and recommendations.

DATED: 8/16/05

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

ggh:kj
sch96.eot