SUSAN D. SHORS
ATTORNEY AT LAW
PIER 38 THE EMBARCADERO
SAN FRANCISCO, CA 94107
(415) 543-9000
California Bar #115294
Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHWERIN II, ) Petitioner ) ) vs. ) ) MICHAEL KNOWLES, Warden, ) EDWARD S. ALAMEIDA, JR., ) Director, et al. ) Respondents ) _____ ) | No. CIV S-02-0096 MCE GGH -P |

ORDER RE: SUBSTITUTION OF ATTORNEY

Petitioner's request that his retained counsel Susan Shors be

relieved of representation due to disagreement over tactics is granted.

Petitioner's request that he represent himself in these proceedings is

granted.

Date: 8/16/05

/s/ Gregory G. Hollows
_____
Magistrate Judge Gregory Hollows

schw.sub

-1-