IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SCHWERIN, II,                    No. CIV-S-02-0096 MCE/GGH P

      Petitioner,

  v.                                    <u>ORDER</u>

MICHAEL KNOWLES, ET AL.,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's November 3, 2005, denial of his Application for a Writ of Habeas Corpus. Before Petitioner can appeal this decision, a Certificate of Appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

The Certificate of Appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A Certificate of Appealability should be granted for any issue that Petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) the trial court violated Petitioner's right to due process by permitting the prosecution to amend the information and add offenses not supported by the evidence presented at the preliminary hearing; 2) the prosecution overcharged Petitioner; 3) improper admission of character evidence under Cal. Evid. Code §§ 1101(b) and 1108, and jury instruction error; 4) ineffective assistance of counsel; and 5) prosecutorial misconduct.

///
///
///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a Certificate of Appealability is the same as the standard that applied to issuance of a Certificate of Probable Cause. Jennings, at 1010.

1   Accordingly, IT IS HEREBY ORDERED that a Certificate of
2 Appealability is issued in the present action.
3 DATED: December 14, 2005

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```